# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **MARY JONES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.3:15-CV-03494-D** |
| **V.** | § | |
| | § | |
| **SAFECO INSURANCE COMPANY,** | § | |
| **OF AMERICA** | § | |
| **Defendant.** | § | **JURY DEMANDED** |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Mary Jones and Defendant Safeco Insurance Company of America ("Defendant") hereby file this Agreed Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by storm-related conditions which occurred on or about October 6, 2014.

2. Plaintiff no longer wishes to pursue her claim against Defendant.

3. Plaintiff moves to dismiss the entire suit without prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is without prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ Brittené V. Wilson* <br> Scott G. Hunziker <br> Texas Bar No. 24032446 <br> Brittené V. Wilson <br> Texas Bar No. 24073326 <br> Federal ID No. 1609462 <br><br> **THE VOSS LAW FIRM, P.C.** <br> The Voss Law Center <br> 26619 Interstate 45 South <br> The Woodlands, Texas 77380 <br> Telephone: (713) 861-0015 <br> Facsimile: (713) 861-0021 <br> Email: scott@vosslawfirm.com <br> brittene@vosslawfirm.com <br><br> **ATTORNEYS FOR PLAINTIFF, MARY JONES** | */s/ Jackson P. Mabry (w/ Perm. by BVW)* <br> Jackson P. Mabry <br> Texas Bar No. 24078894 <br><br> **TILLMAN BATCHELOR LLP** <br> 1320 Greenway Drive, Suite 830 <br> Irving, Texas 75038 <br> Telephone: (214) 492-5720 <br> Facsimile: (214) 492-5721 <br> Email: colin.batchelor@tb-llp.com <br> jackson.mabry@tb-llp.com <br><br> **ATTORNEYS FOR DEFENDANT, SAFECO INSURANCE COMPANY OF AMERICA** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 6th day of February, 2016 to:

**Colin R. Batchelor**
**Jackson P. Mabry**
Tillman Batchelor LLP
1320 Greenway Drive
Suite 830
Irving, Texas 75038

*/s/ Brittené V. Wilson*
BRITTENÉ V. WILSON